No. 74–1473. NAZARENO ET AL. *v.* LEVI, ATTORNEY GENERAL. C. A. D. C. Cir. Certiorari denied. ■

No. 74–1474. DICKSON *v.* DICKSON. Ct. App. Wash. Certiorari denied. ■

No. 74–1479. LEE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ■

No. 74–1480. GERRY *v.* UNITED STATES; and
No. 74–1531. PERRY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 515 F. 2d 130.

No. 74–1483. UNITED STATES STEEL CORP. *v.* RODGERS ET AL. C. A. 3d Cir. Certiorari denied. ■

No. 74–1484. QUINTANA *v.* NEW MEXICO. Ct. App. N. M. Certiorari denied. ■

No. 74–1489. BULLOCK, COMPTROLLER OF PUBLIC ACCOUNTS OF TEXAS, ET AL. *v.* DAY & ZIMMERMANN, INC., ET AL. Sup. Ct. Tex. Certiorari denied. ■

No. 74–1491. TRAMUNTI *v.* UNITED STATES;
No. 74–6295. ROBINSON *v.* UNITED STATES;
No. 74–6296. WARE *v.* UNITED STATES;
No. 74–6301. SPRINGER *v.* UNITED STATES; and
No. 75–42. DINAPOLI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 513 F. 2d 1087.

No. 74–1494. CURRY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ■